**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Daniel GARCIA–RODRIGUEZ also known as, Edgar H. Arreola–Vargas, Defendant–Appellant.**

**No. 05–50646.**

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 12, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand to district court for the purposes of resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's alternative motion to extend the time fourteen (14) days from the disposi-

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

 

tion of the motion to vacate is DENIED as moot.